

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00894-CV

**THE CITY OF LEON VALLEY**,
Appellant

v.

Jesse T. **RODRIGUEZ**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV02545
Honorable Gloria Saldana, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: February 5, 2020

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On January 23, 2020, appellant, the City of Leon Valley, filed a motion to dismiss asking this court to voluntarily dismiss the appeal. We grant the motion. *See* TEX. R. APP. P. 42.1(a)(1). We order all costs to be borne by the party that incurred them. *See id.* R. 42.1(d) (absent agreement of parties, costs are taxed against appellant).

PER CURIAM